lmv

3

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

JUN 3 0 1998

Michael N. Milby, Clerk

United States District Court
Southern District of Texas
ENTERED

JUL 0 1 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

GLEN DALE YEATTS                *

    VS                        *    C.A. NO. B90 125

UNITED STATES OF AMERICA        *    (Cr. No. B85 576)

---

### MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

---

Before this Court is Petitioner's, GLEN DALE YEATTS, Motion to Vacate Set Aside or Correct Sentence filed on September 29, 1989, pursuant to 28 U.S.C. § 2255.

Initially, Petitioner's Motion to Proceed in Forma Pauperis was denied, however, upon appeal, the Fifth Circuit reversed the District Court denial of the Motion to Proceed in Forma Pauperis. On July 12, 1990, the District Court ordered: "The Clerk to open a file in this matter and process the § 2255 Motion without a fee." Over eight years have elapsed and Petitioner has failed to take any action to further prosecute his claim.

Upon checking the detention records, this Court found that Petitioner was paroled on December 18, 1991.

2

Because of the foregoing, this Court respectfully recommends that Petitioner's § 2255 Motion to be dismissed for failure to prosecute.

DONE at Brownsville, Texas, this ___30th___ day of June, 1998.

_____
Fidencio G. Garza, Jr.
United States Magistrate Judge