UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
AUG 18 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED
AUG 17 1998
Michael N. Milby
Clerk of Court

| | |
|---|---|
| GLEN DALE YEATTS | * |
| VS | * C.A. NO. B90 125 |
| UNITED STATES OF AMERICA | * (Cr. No. B85 576) |

### ORDER DISMISSING § 2255 MOTION

Before the Court is the Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation should be adopted.

It is therefore ORDERED, ADJUDGED, and DECREED that Petitioner's Motion t Vacate, Set Aside or Correct Sentence be **DISMISSED** for failure to prosecute.

DONE at Brownsville, Texas, this 17th, day of August, 1998.

Filemon B. Vela
United States District Judge